IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARNAE ADAMS, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 12-5603 |
| | : | |
| U.S. AIRWAYS GROUP, INC., et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 18th day of October, 2013, upon consideration of Defendants' "Motion to Dismiss Plaintiffs' First Amended Complaint" (Doc. No. 15), Plaintiffs' response and Defendants' reply, it is hereby **ORDERED** that:

- With respect to Count I, Defendants' motion is **DENIED**.

- With respect to Count II, Defendants' motion is **GRANTED**.

- With respect to Count III's allegations pertaining to the failure to provide proper seatbelts, Defendants' motion is **GRANTED**.

- With respect to Count III's allegation pertaining to Plaintiffs' removal from the plane, Defendants' motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**